UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

SCOTT E. TANNE, ESQ., P.C.
25 Chatham Road
Summit, NJ 07901
(973) 701-1776    Fax: (973) 701-0111
Scott E. Tanne, Esq (ST2477)
Attorney for Debtor(s)

In Re:

Nicole Y. Harper

Order Filed on April 26, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:    15-33193-JKS

Chapter:    13

Judge:    Sherwood

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 26, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/20/2017_____ :

Property:      __88 Whittlesey Ave, West Orange, NJ 07052__

Creditor:      __America's Servicing Company (Wells Fargo)__

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/16/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2