Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15–33193–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicole Y Harper
  88 Whittlesey Ave
  West Orange, NJ 07052

Social Security No.:
  xxx–xx–7419

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 18, 2016.

On 07/07/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           August 10, 2017
Time:           09:00 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 10, 2017
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-33193-JKS
Nicole Y Harper                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin          Page 1 of 2         Date Rcvd: Jul 10, 2017
                       Form ID: 185          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
```
db          +Nicole Y Harper,    88 Whittlesey Ave,    West Orange, NJ 07052-6031
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515898363   +Americas Servicing Co/Wells Fargo Home M,    8480 Stagecoach Circle,    Frederick, MD 21701-4747
515898362   +Americas Servicing Co/Wells Fargo Home M,    1000 Blue Gentian Rd. #300,    Mac #X7801-02k,
              Eagan, MN 55121-1786
515898365  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     Po Box 85015,    Richmond, VA 23285)
515898364   +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515971974    Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
516091685    Capital One, N.A.,    c o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
515898367   +Chase Card Services,    201 N. Walnut St//De1-1027,     Wilmington, DE 19801-2920
515898366   +Chase Card Services,    Attn: Correspondence Dept,     Po Box 15298,    Wilmington, DE 19850-5298
515898369   +Comenity Bank/New York & Company,     220 W Schrock Rd,    Westerville, OH 43081-2873
515898368   +Comenity Bank/New York & Company,     Po Box 182125,    Columbus, OH 43218-2125
516124613   +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     ATTENTION: BANKRUPTCY DEPARTMENT,
              MAC# D3347-014,    3476 STATEVIEW BLVD.,    FT. MILL, SC 29715-7203
515898370   +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
515898371   +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515898372   +JW Pierson Co.,    89 Dodd St,    East Oange, NJ 07017-3221
515922940   +JW Pierson Co.,    Ralph A. Greico, P.A.,    758 Morris Turnpike, POB 505,
              Short Hills, NJ 07078-0505
515986347   +Midland Credit Management Inc as agent for,     MIDLAND FUNDING LLC,    PO Box 2011,
              Warren MI 48090-2011
516008007   +Phelan, Hallinan, Diamond & Jones, P.C,     400 Fellowship Road,    Suite 100,
              Mount Laurel, NJ 08054-3437
515898375   +Ralph A. Grieco, P.A.,    758 Morris Turnpike,    P.O Box 505,    Short Hills, NJ 07078-0505
516454299   +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
516454300   +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 8012,
              Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
516008006   +State of New Jersey Division of Taxation,    P.O Box 187,    Trenton, NJ 08695-0187
515898382   +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,     Mailstop BV  PO Box 9475,
              Minneapolis, MN 55440-9475
515898383   +Tnb-Visa (TV) / Target,    Po Box 673,    Minneapolis, MN 55440-0673
515898384   +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
515898385   +Us Bank,    200 Gibraltar Rd Ste 315,    Horsham, PA 19044-2325
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2017 23:25:57     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2017 23:25:55     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516008005    E-mail/Text: cio.bncmail@irs.gov Jul 10 2017 23:25:32     Internal Revenue Service,
              P.O Box 7346,   Philadelphia, PA 19101-7346
515898374   +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2017 23:25:23     Kohls/Capital One,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
515898373   +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2017 23:25:23     Kohls/Capital One,
              Po Box 3120,   Milwaukee, WI 53201-3120
516124265    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2017 23:28:12
              Portfolio Recovery Associates, LLC,    c/o Gymboree,    POB 41067,    Norfolk VA 23541
515965712    E-mail/Text: bnc-quantum@quantum3group.com Jul 10 2017 23:25:50
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
515898377   +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:45     Syncb/plcc,    Po Box 965024,
              Orlando, FL 32896-5024
515898376   +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:46     Syncb/plcc,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
515898378   +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:25     Synchrony Bank/ JC Penneys,
              Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
515898379   +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:04     Synchrony Bank/ JC Penneys,
              Po Box 965007,    Orlando, FL 32896-5007
515898381   +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:04     Synchrony Bank/Care Credit,
              950 Forrer Blvd,    Kettering, OH 45420-1469
515898380   +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:25     Synchrony Bank/Care Credit,
              Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516122119   +E-mail/Text: bncmail@w-legal.com Jul 10 2017 23:26:02     TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Jul 10, 2017
                               Form ID: 185                Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC1 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Trust Company, as Trustee
           for HSI Asset Securitization Corporation Trust 2006-WMC1, Mortgage Pass-Though Certificates,
           Series 2006-WMC1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John D. Krohn    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI
           ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC1 nj.bkecf@fedphe.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
           TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC1 nj.bkecf@fedphe.com
          Scott E. Tanne    on behalf of Debtor Nicole Y Harper info@tannelaw.com,   clerk@tannelaw.com
                                                                                             TOTAL: 7
```