**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: Nicole Y Harper

Case No.: 15-33193
Judge: JKS
Chapter: 13

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original  ☑ Modified/Notice Required  ☑ Discharge Sought
☑ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought

Date: June 29, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay a total of $33,278.53 to the Chapter 13 Trustee from January 2016 through June 2017 (18 months); the Debtor shall pay $1,000.00 monthly starting July 2017 for approximately 18 months. The total length of Plan is approximately 36 months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:

- [ ] Sale of real property
Description:
Proposed date for completion: _____

- [ ] Refinance of real property
Description:
Proposed date for completion: _____

- [x] Loan modification with respect to mortgage encumbering property
Description: **88 Whittlesy Ave. West Orange, NJ**
Proposed date for completion: **June 16, 2017 or as extended by the Court**

    d. [x] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. [ ] Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $------to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scott E. Tanne** | **Attorney Fees** | **2,477.18 (already paid in full)** |
| **Scott E. Tanne** | **Attorney Fees** | **estimated at 1,500.00, subject to Court approval** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **0.00** |
| **State of New Jersey Division of Taxation** | **Taxes and certain other debts** | **0.00** |

## Part 4: Secured Claims

    a. **Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

2

| Creditor | Collateral | Scheduled Debt | | | |
|---|---|---|---|---|---|
| ASC | 88 Whittlesey Ave. West Orange, NJ | 107,412.98 | | remaining arrears to be cured through loan modification (27,516.33 has been paid to date, no further disbursements shall be made) | payments of $2,721.71 to be made per trial period plan, subsequent payments to be made per permanent modification |

### b. Modification

1.) The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

<u>Creditor</u>

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **-NONE-** | | |

3

## Part 5: Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
___ Not less than $___ to be distributed *pro rata*

__x__  Not less than __100__ percent

____  *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| JW Pierson Co. | 88 Whittlesey Ave West Orange, NJ 07052 Essex County | Judgment Lien | 2,591.37 | 220,000.00 | 0.00 | 329,911.10 | ALL |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| JW Pierson Co. | 88 Whittlesey Ave, West Orange, NJ 07052 | ALL |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **-NONE-** | | | |

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

    The Trustee shall pay allowed claims in the following order:
        1)    Trustee Commissions
        2)    Other Administrative Claims
        3)    Secured Claims
        4)    Lease Arrearages
        5)    Priority Claims
        6)    General Unsecured Claims

    d. **Post-petition claims**

    The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

    If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: **February 3, 2016** .

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Debtor has been approved for a trial period modification, which upon permanent approval will eliminate the arrearage. | changing treatment of mortgage company as a result of trial period approval, reducing length of plan |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ☑ No |
|---|---|---|

## Part 10: Sign Here

    The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

| | | |
|---|---|---|
| Date | **June 29, 2017** | **/s/ Scott E. Tanne** |
| | | **Scott E. Tanne st2477** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Date: | **June 29, 2017** | **/s/ Nicole Y Harper** |
| | | **Nicole Y Harper** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |

6

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-33193-JKS
Nicole Y Harper                                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 10, 2017
                              Form ID: pdf901          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
```
db              +Nicole Y Harper,    88 Whittlesey Ave,    West Orange, NJ 07052-6031
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515898363       +Americas Servicing Co/Wells Fargo Home M,    8480 Stagecoach Circle,   Frederick, MD 21701-4747
515898362       +Americas Servicing Co/Wells Fargo Home M,    1000 Blue Gentian Rd. #300,   Mac #X7801-02k,
                  Eagan, MN 55121-1786
515898365      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     Po Box 85015,   Richmond, VA 23285)
515898364       +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
515971974        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516091685        Capital One, N.A.,    c o Becket and Lee LLP,    PO Box 3001,   Malvern, PA 19355-0701
515898367       +Chase Card Services,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
515898366       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
515898369       +Comenity Bank/New York & Company,    220 W Schrock Rd,    Westerville, OH 43081-2873
515898368       +Comenity Bank/New York & Company,    Po Box 182125,    Columbus, OH 43218-2125
516124613       +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     ATTENTION: BANKRUPTCY DEPARTMENT,
                  MAC# D3347-014,    3476 STATEVIEW BLVD.,    FT. MILL, SC 29715-7203
515898370       +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
515898371       +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515898372       +JW Pierson Co.,    89 Dodd St,    East Oange, NJ 07017-3221
515922940       +JW Pierson Co.,    Ralph A. Greico, P.A.,    758 Morris Turnpike, POB 505,
                  Short Hills, NJ 07078-0505
515986347       +Midland Credit Management Inc as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren MI 48090-2011
516008007       +Phelan, Hallinan, Diamond & Jones, P.C,    400 Fellowship Road,   Suite 100,
                  Mount Laurel, NJ 08054-3437
515898375       +Ralph A. Grieco, P.A.,    758 Morris Turnpike,    P.O Box 505,   Short Hills, NJ 07078-0505
516454299       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
516454300       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 8012,
                  Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
516008006       +State of New Jersey Division of Taxation,    P.O Box 187,   Trenton, NJ 08695-0187
515898382       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                  Minneapolis, MN 55440-9475
515898383       +Tnb-Visa (TV) / Target,    Po Box 673,    Minneapolis, MN 55440-0673
515898384       +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
515898385       +Us Bank,    200 Gibraltar Rd Ste 315,    Horsham, PA 19044-2325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2017 23:25:57     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2017 23:25:55    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,  One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516008005        E-mail/Text: cio.bncmail@irs.gov Jul 10 2017 23:25:35     Internal Revenue Service,
                  P.O Box 7346,   Philadelphia, PA 19101-7346
515898374       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2017 23:25:25     Kohls/Capital One,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
515898373       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2017 23:25:25     Kohls/Capital One,
                  Po Box 3120,   Milwaukee, WI 53201-3120
516124265        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2017 23:28:33
                  Portfolio Recovery Associates, LLC,    c/o Gymboree,   POB 41067,   Norfolk VA 23541
515965712        E-mail/Text: bnc-quantum@quantum3group.com Jul 10 2017 23:25:51
                  Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
515898377       +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:46    Syncb/plcc,    Po Box 965024,
                  Orlando, FL 32896-5024
515898376       +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:46    Syncb/plcc,    Attn: Bankruptcy,
                  Po Box 103104,   Roswell, GA 30076-9104
515898378       +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:26    Synchrony Bank/ JC Penneys,
                  Attn: Bankrupty,   Po Box 103104,    Roswell, GA 30076-9104
515898379       +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:47    Synchrony Bank/ JC Penneys,
                  Po Box 965007,   Orlando, FL 32896-5007
515898381       +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:05    Synchrony Bank/Care Credit,
                  950 Forrer Blvd,   Kettering, OH 45420-1469
515898380       +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:27    Synchrony Bank/Care Credit,
                  Attn: bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
516122119       +E-mail/Text: bncmail@w-legal.com Jul 10 2017 23:26:02     TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

```
District/off: 0312-2           User: admin                Page 2 of 2        Date Rcvd: Jul 10, 2017
                               Form ID: pdf901            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2017 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC1 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Trust Company, as Trustee
           for HSI Asset Securitization Corporation Trust 2006-WMC1, Mortgage Pass-Though Certificates,
           Series 2006-WMC1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John D. Krohn    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI
           ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC1 nj.bkecf@fedphe.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
           TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC1 nj.bkecf@fedphe.com
          Scott E. Tanne    on behalf of Debtor Nicole Y Harper info@tannelaw.com, clerk@tannelaw.com
                                                                                             TOTAL: 7
```