UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

**Order Filed on August 22, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Nicole Y. Harper

Case No.:  15-33193-JKS

Chapter:  13

Judge:  Sherwood

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 22, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne_____, the applicant, is allowed a fee of $ _____790.00_____ for services rendered and expenses in the amount of $_____13.37_____ for a total of $_____816.37_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Nicole Y Harper  
    Debtor

Case No. 15-33193-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 22, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.  
db           +Nicole Y Harper,    88 Whittlesey Ave,    West Orange, NJ 07052-6031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:
          Andrew L. Spivack     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC1 nj.bkecf@fedphe.com
          Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Trust Company, as Trustee
           for HSI Asset Securitization Corporation Trust 2006-WMC1, Mortgage Pass-Though Certificates,
           Series 2006-WMC1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John D. Krohn     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI
           ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC1 nj.bkecf@fedphe.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Michael Frederick Dingerdissen     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
           TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com
          Nicholas V. Rogers     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-WMC1 nj.bkecf@fedphe.com
          Scott E. Tanne     on behalf of Debtor Nicole Y Harper info@tannelaw.com,    clerk@tannelaw.com
                                                                                                       TOTAL: 7