| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776    Fax: (973) 701-0111<br>Scott E. Tanne, Esq (ST2477)<br>Attorney for Debtor(s) | Order Filed on October 19, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nicole Y. Harper | Case No.:    15-33193-JKS<br><br>Chapter:    13<br><br>Judge:    Sherwood |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/26/2017_____ :

Property: _____88 Whittlesey Ave, West Orange, NJ 07052_____

Creditor: _____America's Servicing Company (Wells Fargo)_____

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/30/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-33193-JKS
Nicole Y Harper                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 19, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db             +Nicole Y Harper,   88 Whittlesey Ave,   West Orange, NJ 07052-6031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC1 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Trust Company, as Trustee
               for HSI Asset Securitization Corporation Trust 2006-WMC1, Mortgage Pass-Though Certificates,
               Series 2006-WMC1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John D. Krohn    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI
               ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC1 nj.bkecf@fedphe.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-WMC1 nj.bkecf@fedphe.com
              Scott E. Tanne    on behalf of Debtor Nicole Y Harper info@tannelaw.com,    clerk@tannelaw.com
                                                                                             TOTAL: 7