UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for the Debtor(s)

In Re:
**Nicole Y. Harper**

Order Filed on December 15, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 15-33193-JKS

Adv. No.:

Hearing Date:

Judge: Sherwood

## ORDER APPROVING LOAN MODIFICATION OF EXISTING MORTGAGE ON RESIDENCE AND REDUCING PROOF OF CLAIM ARREARS TO AMOUNT ALREADY DISBURSED THROUGH PLAN WITH RESPECT TO SPECIALIZED LOAN SERVICING

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: December 15, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:          Nicole Y. Harper
Case No.:        15-33193-JKS
Caption of Order: Order Approving Loan Modification and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan With Respect to Specialized Loan Servicing

---

Upon consideration of Debtor's motion for an Order Approving Loan Modification of Existing Mortgage on Residence and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan with Respect to Specialized Loan Servicing, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is authorized to enter into a modification of her existing loan with Specialized Loan Servicing on her property located at 88 Whittlesey Ave, West Orange, NJ 07052 according to the following terms set out in the motion:

1. The amount of the loan is $335,866.91, which is to be amortized over 223 months.
2. The monthly payment is $2688.58, which includes escrow for insurance and real estate taxes.
3. The interest rate is fixed at 5.875%.

**AND IT IS FURTHER ORDERED** that the arrears included in Specialized Loan Servicing's proof of claim are hereby amended to the amount already disbursed through the Plan, $27,516.33, and no further disbursements from the Chapter 13 Trustee shall be made to Specialized Loan Servicing for payment of the proof of claim arrears,

**AND IT IS FURTHER ORDERED** that the Debtor shall file an Amended Chapter 13 Plan within thirty (30) days of the entry of the within order.