| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>Attorney for the Debtor(s) | Order Filed on December 15, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br>**Nicole Y. Harper** | Case No.: 15-33193-JKS<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Sherwood |

## ORDER APPROVING LOAN MODIFICATION OF EXISTING MORTGAGE ON RESIDENCE AND REDUCING PROOF OF CLAIM ARREARS TO AMOUNT ALREADY DISBURSED THROUGH PLAN WITH RESPECT TO SPECIALIZED LOAN SERVICING

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: December 15, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Nicole Y. Harper
Case No.: 15-33193-JKS
Caption of Order: Order Approving Loan Modification and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan With Respect to Specialized Loan Servicing

___

Upon consideration of Debtor's motion for an Order Approving Loan Modification of Existing Mortgage on Residence and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan with Respect to Specialized Loan Servicing, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is authorized to enter into a modification of her existing loan with Specialized Loan Servicing on her property located at 88 Whittlesey Ave, West Orange, NJ 07052 according to the following terms set out in the motion:

1. The amount of the loan is $335,866.91, which is to be amortized over 223 months.
2. The monthly payment is $2688.58, which includes escrow for insurance and real estate taxes.
3. The interest rate is fixed at 5.875%.

**AND IT IS FURTHER ORDERED** that the arrears included in Specialized Loan Servicing's proof of claim are hereby amended to the amount already disbursed through the Plan, $27,516.33, and no further disbursements from the Chapter 13 Trustee shall be made to Specialized Loan Servicing for payment of the proof of claim arrears,

**AND IT IS FURTHER ORDERED** that the Debtor shall file an Amended Chapter 13 Plan within thirty (30) days of the entry of the within order.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicole Y Harper  
    Debtor

Case No. 15-33193-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 18, 2017  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.  
db          +Nicole Y Harper,   88 Whittlesey Ave,   West Orange, NJ 07052-6031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com  
        Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-WMC1, Mortgage Pass-Though Certificates, Series 2006-WMC1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John D. Krohn   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Michael Frederick Dingerdissen   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com  
        Nicholas V. Rogers   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com  
        Scott E. Tanne   on behalf of Debtor Nicole Y Harper info@tannelaw.com, tanne.ecf.email@gmail.com  
                                                                                                                                         TOTAL: 7