# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

  Nicole Y. Harper

Case No.: _____ 15-33193

Hearing Date: _____ 1/25/2018

Chapter: _____ 13

Judge: _____ John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____ John K. Sherwood _____, United States Bankruptcy Judge.

**Reason for Hearing:**    Objection to Trustee's Certification of Default by

Debtor's Counsel

**Location of Hearing:**    Courtroom No. __3D__
US Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:**    1/25/2018 at 9:00am _____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ **ARE REQUIRED** ☐ **ARE NOT REQUIRED**

DATE: __01/05/2018_____

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____01/05_____, 20 18___ this notice was served on the following: debtor, counsel for debtor, trustee

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin _____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-33193-JKS
Nicole Y Harper                                                     Chapter 13
              Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1          Date Rcvd: Jan 08, 2018
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
db              +Nicole Y Harper,    88 Whittlesey Ave,    West Orange, NJ 07052-6031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
          HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
          2006-WMC1 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Trust Company, as Trustee
          for HSI Asset Securitization Corporation Trust 2006-WMC1, Mortgage Pass-Though Certificates,
          Series 2006-WMC1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John D. Krohn    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI
          ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
          2006-WMC1 nj.bkecf@fedphe.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
          TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH
          CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
          HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
          2006-WMC1 nj.bkecf@fedphe.com
          Scott E. Tanne    on behalf of Debtor Nicole Y Harper info@tannelaw.com,   tanne.ecf.email@gmail.com
                                                                                  TOTAL: 7