Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  15–33193–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicole Y Harper
  88 Whittlesey Ave
  West Orange, NJ 07052

Social Security No.:
  xxx–xx–7419

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       3/8/18
Time:       11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney

COMMISSION OR FEES
$1,170.00

EXPENSES
$16.68

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: February 6, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-33193-JKS
Nicole Y Harper                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Feb 06, 2018
                             Form ID: 137          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
```
db              +Nicole Y Harper,    88 Whittlesey Ave,    West Orange, NJ 07052-6031
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515898362       +Americas Servicing Co/Wells Fargo Home M,    1000 Blue Gentian Rd. #300,    Mac #X7801-02k,
                 Eagan, MN 55121-1786
515898363       +Americas Servicing Co/Wells Fargo Home M,    8480 Stagecoach Circle,    Frederick, MD 21701-4747
515898365      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    Po Box 85015,    Richmond, VA 23285)
515898364       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515971974        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516091685        Capital One, N.A.,    c o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
515898367       +Chase Card Services,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
515898366       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
515898369       +Comenity Bank/New York & Company,    220 W Schrock Rd,    Westerville, OH 43081-2873
515898368       +Comenity Bank/New York & Company,    Po Box 182125,    Columbus, OH 43218-2125
516124613       +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    ATTENTION: BANKRUPTCY DEPARTMENT,
                 MACH D3347-014,    3476 STATEVIEW BLVD.,    FT. MILL, SC 29715-7203
517260561       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515898370       +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
515898371       +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516974364       +J.W. Pierson Co.,    Po Box 1101,    Glen Ridge, NJ 07028-0901
515898372       +JW Pierson Co.,    89 Dodd St,    East Oange, NJ 07017-3221
515922940       +JW Pierson Co.,    Ralph A. Greico, P.A.,    758 Morris Turnpike, POB 505,
                 Short Hills, NJ 07078-0505
516008007       +Phelan, Hallinan, Diamond & Jones, P.C,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
515898375       +Ralph A. Grieco, P.A.,    758 Morris Turnpike,    P.O Box 505,    Short Hills, NJ 07078-0505
516454299       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516454300       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 8012,
                 Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516008006       +State of New Jersey Division of Taxation,    P.O Box 187,    Trenton, NJ 08695-0187
515898383       +Tnb-Visa (TV) / Target,    Po Box 673,    Minneapolis, MN 55440-0673
515898382       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,
                 Minneapolis, MN 55440-9475
515898384       +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
515898385       +Us Bank,    200 Gibraltar Rd Ste 315,    Horsham, PA 19044-2325
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2018 23:18:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2018 23:18:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516008005        E-mail/Text: cio.bncmail@irs.gov Feb 06 2018 23:18:15     Internal Revenue Service,
                 P.O Box 7346,    Philadelphia, PA 19101-7346
515898374       +E-mail/Text: bnckohlnotices@becket-lee.com Feb 06 2018 23:18:03     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
515898373       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 06 2018 23:18:04     Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
515986347       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 23:18:39
                 Midland Credit Management Inc as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren MI 48090-2011
516124265        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 23:22:44
                 Portfolio Recovery Associates, LLC,    c/o Gymboree,    POB 41067,    Norfolk VA 23541
515965712        E-mail/Text: bnc-quantum@quantum3group.com Feb 06 2018 23:18:31
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
515898377       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:16     Syncb/plcc,    Po Box 965024,
                 Orlando, FL 32896-5024
515898376       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:33     Syncb/plcc,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
515898378       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:51     Synchrony Bank/ JC Penneys,
                 Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
515898379       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:51     Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
515898381       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:16     Synchrony Bank/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
515898380       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:33     Synchrony Bank/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516122119       +E-mail/Text: bncmail@w-legal.com Feb 06 2018 23:18:50     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                         TOTAL: 15
```

District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Feb 06, 2018
                             Form ID: 137              Total Noticed: 43

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
         Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
          HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
          2006-WMC1 nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Trust Company, as Trustee
          for HSI Asset Securitization Corporation Trust 2006-WMC1, Mortgage Pass-Though Certificates,
          Series 2006-WMC1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         John D. Krohn    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI
          ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
          2006-WMC1 nj.bkecf@fedphe.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
          TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH
          CERTIFICATES, SERIES 2006-WMC1 nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
          HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
          2006-WMC1 nj.bkecf@fedphe.com
         Scott E. Tanne    on behalf of Debtor Nicole Y Harper info@tannelaw.com,  tanne.ecf.email@gmail.com
                                                                        TOTAL: 7